**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donnies Ray BURNETT, Defendant–
Appellant.**

**No. 02–40998.
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2003.

Michelle S. Englade, Assistant US Attorney, US Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Thomas John Burbank, Burbank & Hamm, Beaumont, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Donnies Ray Burnett (Burnett) appeals the sentence imposed following his guilty-plea conviction for distributing crack cocaine within 1000 feet of a school in June 2000. Burnett argues that the district court erred in including as relevant conduct for sentencing purposes his subsequent October 2000 arrest for possession of crack cocaine.

Burnett has not shown that the district court clearly erred in including the October 2000 offense as relevant conduct; the offenses were sufficiently connected to warrant a conclusion that they were part of the same course of conduct. *See United States v. Ocana,* 204 F.3d 585, 589–90 (5th Cir.2000).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.